

**IT IS ORDERED as set forth below:**

**Date: June 28, 2018**

_Paul W. Bonapfel_

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE:  JASON PAUL VERHINE AND          {   CHAPTER 13
        BONNIE JEAN VERHINE,            {
                                        {
        DEBTOR(S)                       {   CASE NO. R17-42473-PWB
                                        {
                                        {   JUDGE: BONAPFEL

<u>**ORDER DENYING MOTION TO DISMISS HELD JUNE 13, 2018**</u>

The above-styled matter came before the Court, and it appearing to the Court, that an agreement was made at the call of the Court's calendar, to a payment arrangement on a strict compliance basis.  It is

HEREBY ORDERED, that the regular Chapter 13 Plan payments shall be remitted to the Chapter 13 Plan, commencing with the next plan payment following the entry date of this Order and

continuing for twelve (12) months following entry of this order

on a strict compliance basis.  It is

FURTHER ORDERED, that should a default occur with any of

the above-stated terms the Trustee may submit a Supplemental

Report recommending dismissal and on receipt of such report, the

Clerk of Court is hereby authorized and directed to enter an

Order of Dismissal without additional notice of hearing.

The Clerk of Court is directed to serve a copy of this

Order on Debtors, the Debtors' Attorney, and the Chapter 13

Trustee.

End of Document

Presented by:


_____/s/_____
Brandi L. Kirkland, Esquire
For Mary Ida Townson, Esquire
Standing Chapter 13 Trustee
191 Peachtree Street, N. E.
Suite 2200
Atlanta, Georgia 30303-1740
(404) 525-1110
GA Bar No.:  423627
brandik@atlch13tt.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE:  JASON PAUL VERHINE AND        {  CHAPTER 13
        BONNIE JEAN VERHINE,          {
                                      {
        DEBTOR(S)                     {  CASE NO. R17-42473-PWB
                                      {
                                      {  JUDGE: BONAPFEL

**DISTRIBUTION LIST**

MARY IDA TOWNSON
CHAPTER 13 TRUSTEE
SUITE 2200
191 PEACHTREE STREET, N.E.
ATLANTA, GEORGIA 30303-1740

JASON PAUL VERHINE
14 EUHARLEE STREET
TAYLORSVILLE, GA 30178

BONNIE JEAN VERHINE
14 EUHARLEE STREET
TAYLORSVILLE, GA 30178

SLIPAKOFF & SLOMKA, PC
OVERLOOK III - SUITE 1700
2859 PACES FERRY RD, SE
ATLANTA, GA 30339